UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.     CASE NO. 2:17-cv-474-FtM-39MRM

**ASSETS INDENTIFIED IN
PARAGRAPH ONE OF
VERIFIED COMPLAINT,**

    Defendant.

**AMENDED CONSENT MOTION FOR
FINAL JUDGMENT OF FORFEITURE**

Plaintiff United States of America hereby filed an amended consent motion, pursuant to 21 U.S.C. § 981(a)(1)(C)) and Supp'l Rule G, Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, for entry a Final Judgment of Forfeiture for $450,000 of the $524,390.32 obtained from the sale of the real property located at Southwest 25th Place in Cape Coral, Florida.   The original motion failed to reflect that there were four known third parties, all of whom consented to entry of judgment.

In support of this motion, the United States submits the following memorandum of law.

## MEMORANDUM OF LAW

I.   **Statement of Facts**

   1.   The United States filed a Verified Complaint *in Rem*, alleging that $450,000 of the $524,390.32 obtained from the sale of the real property located on Southwest 25th Place in Cape Coral, Florida ("the defendant property") was subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), as property purchased with wire fraud proceeds.   Doc. 1.

   2.   On or about August 18, 2017, Brian Krassenstein and Edward Krassenstein consented to the forfeiture of the defendant property.   See Docs. 2 and 3.   Their wives, Whitney Krassenstein and Heidi Krassenstein, also consented to the forfeiture of the defendant property.   *See* Exhibit 1.   The two couples were the only known third parties with a possible interest in the defendant property.

   3.   The United States filed a Declaration of Publication, which reflects that notice of this forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 9, 2017 and ending on December 8, 2017, pursuant to Supp'l Rule G(4)(a)(iv)(C).1   Doc. 14.

---

1   The United States realized the earlier publication concluded in September 2017, Doc. 12, directed claims to be filed with the Clerk's Office in Orlando, not Ft. Myers.   In an abundance of caution, it therefore republished.

2

**II.     Legal Argument**

Based on the facts, which are more fully set forth in the Verified Complaint *in Rem*, the defendant property is subject to forfeiture to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), as property purchased with wire fraud proceeds.   *See* Doc. 1.

As required by Supp'l Rule G(4)(a)(iv)(C), the United States posted notice of this forfeiture on an official government internet website (www.forfeiture.gov) for at least 30 days, beginning on November 9, 2017.   Under Rule G(5)(a)(ii), a person or entity is required to file a claim to the defendant property within the time stated on the direct written notice, or not later than 60 days after the first date of internet publication.   The Warrant of Arrest *in Rem* and the internet publication gave instructions for filing a claim in the form of a Statement of Right or Interest, to be filed with the Office of the Clerk, United States Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, Florida 33901, within the time prescribed by law.

Edward Krassenstein and Brian Krassenstein, and their respective wives, are the only persons or entities known to have a possible interest in the defendant funds.   As reflected above, they all have consented to the forfeiture.

No other person or entity has filed a claim to contest the forfeiture of the defendant funds, and the time for filing such a claim has expired.   Thus, it is now

appropriate for the Court to enter a Judgment of Forfeiture for the $450,000 of the $524,390.32 obtained from the sale of the real property located at Southwest 25th Place in Cape Coral, Florida.

### III.  Conclusion

The United States respectfully requests that this Court enter a Judgment of Forfeiture, pursuant to 21 U.S.C. § 881(a)(6) and Supp'l Rule G, forfeiting to the United States of America all right, title, and interest in the defendant funds for disposition according to law.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By:    s/Anita M. Cream
        ANITA M. CREAM
        Assistant United States Attorney
        Florida Bar No. 56359
        400 North Tampa St., Suite 3200
        Tampa, Florida   33602
        (813) 274-6000 - telephone
        (813) 274-6220 - facsimile
        E-Mail:   anita.cream@usdoj.gov