**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                                **Case No.**

**ASSET IDENTIFIED IN**
**PARAGRAPH ONE OF**
**VERIFIED COMPLAINT,**

    **Defendant.**

## CONSENT TO FORFEITURE

Whitney Krassenstein, pursuant to and in accordance with the terms of the Forfeiture Agreement entered into between the United States and her husband in August 2017, hereby consents to the civil forfeiture of the $450,000 of the $524,390.32 obtained from the sale of the real property located on Southwest 25th Place in Cape Coral, Florida, pursuant to 18 U.S.C. ' 981(a)(1)(C).

_____
WHITNEY KRASSENSTEIN

Dated: 8/18/17

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No.

ASSET IDENTIFIED IN
PARAGRAPH ONE OF
VERIFIED COMPLAINT,

    Defendant.

## CONSENT TO FORFEITURE

Heidi Krassenstein, pursuant to and in accordance with the terms of the Forfeiture Agreement entered into between the United States and her husband in August 2017, hereby consents to the civil forfeiture of the $450,000 of the $524,390.32 obtained from the sale of the real property located on Southwest 25th Place in Cape Coral, Florida, pursuant to 18 U.S.C. ' 981(a)(1)(C).

_____
HEIDI KRASSENSTEIN

Dated: 8/18/17