UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                   **CASE NO. 2:17-cv-474-FtM-38MRM**

**ASSETS IDENTIFIED IN
PARAGRAPH ONE OF
VERIFIED COMPLAINT,**

    **Defendant.**

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court on the Amended Consent Motion for Final Judgment of Forfeiture for $450,000 of the $524,390.32 obtained from the sale of the real property located at Southwest 25th Place in Cape Coral, Florida, filed pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and Supp'l Rule G, Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions.

Having been fully advised in the premises, the Court hereby finds that the $450,000 ("the defendant funds"), are forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) as property that constitutes proceeds from wire fraud, an offense constituting "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7), or a conspiracy to commit such offenses.

The Court further finds that the only persons or entities known to have an alleged interest in the defendant funds are Edward Krassenstein, Brian Krassenstein, Whitney Krassenstein, and Heidi Krassenstein.

The Court further finds that all four of the Krassensteins consented to the forfeiture of the defendant funds.

The Court further finds that the United States filed a Declaration of Publication, which reflects that notice of this forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 9, 2017, pursuant to Supp'l Rule G(4)(a)(iv)(C).

The Court further finds that no other person or entity with an alleged interest in the defendant funds has timely filed a claim, and the time for filing such a claim has expired.   Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is hereby GRANTED.

It is further ORDERED that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and Supp'l Rule G, all right, title, and interest in the $450,000 of the $524,390.32 obtained from the sale of the real property located at Southwest 25th Place in Cape Coral, Florida is hereby CONDEMNED and FORFEITED to

the United States for disposition according to law.   Clear title to the defendant property is now vested in the United States.

      DONE and ORDERED in Chambers in Fort Myers, Florida, this _____ day of _____, 2018.


                                                              SHERI POLSTER CHAPPELL
                                                              UNITED STATES DISTRICT JUDGE