UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No:  2:17-cv-474-FtM-38MRM

ASSETS IDENTIFIED IN
PARAGRAPH ONE OF VERIFED
COMPLAINT,

        Defendant.
_____/

## ORDER[1]

This matter comes before the Court on the United States' Amended Consent Motion for Final Judgment of Forfeiture (Doc. 16) filed on January 16, 2018.  The United States seeks $450,000 of the $524,390.32 obtained from the sale of real property located at Southwest 25th Place in Cape Coral, Florida, filed pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G").

Having been fully advised of the premises, the Court makes the following findings. The Court finds that $450,000 ("defendant funds") are forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) as property that constitutes proceeds from wire

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

fraud, an offense constituting "specific unlawful activity" as defined in 18 U.S.C. § 1956(c)(7), or a conspiracy to commit such offenses. The only persons or entities known to have an alleged interest in the defendant are Edward Krassenstein, Brian Krassenstein, Whitney Krassenstein, and Heidi Krassenstein. All four of the Krassensteins consented to forfeiture of the defendant funds.

In addition, the Court finds that the United States filed a Declaration of Publication (Doc. 14) that reflects that notice of this forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 9, 2017, pursuant to Rule G. To date, no claim has been filed, and the time to file a claim has expired.

Accordingly, it is now **ORDERED**:

(1) The United States' Amended Consent Motion for Final Judgment of Forfeiture (Doc. 16) is **GRANTED.**

(2) It is further **ORDERED** that pursuant to 18 U.S.C. § 981(a)(1)(C) and Rule G, all right, title, and interest in the $450,000 of the $524,390.32 obtained from the sale of the real property located at Southwest 25th Place in Cape Coral, Florida is hereby **CONDEMED and FORFEITED** to the United States for disposition according to law. Clear title to the defendant property is now vested in the United States.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of January, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2